UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION
AT FRANKFORT

| | |
|---|---|
| AMBER HORTON,<br>　　Plaintiff,<br>V.<br>JESSIE KOLB, et al.,<br>　　Defendants. | CIVIL ACTION NO. 3: 19-92-KKC<br><br>**JUDGMENT** |

\*\*\* \*\*\* \*\*\* \*\*\*

Consistent with the Memorandum Opinion and Order entered this date and pursuant to Rule 58 of the Federal Rules of Civil Procedure, it is **ORDERED** and **ADJUDGED** as follows:

1. The plaintiff's complaint [R. 1] is **DISMISSED**, without prejudice.

2. This is a **FINAL** and **APPEALABLE** Judgment and there is no just cause for delay.

Entered: December 20, 2019.

KAREN K. CALDWELL
UNITED STATES DISTRICT JUDGE
EASTERN DISTRICT OF KENTUCKY